FILED - USDC -NH
2022 JUL 8 PM3:27

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Case No. 22-CR-__________ |
| v. | ) | |
| | ) | |
| WILLIAM GUERRERO | ) | |
| ______________________________ | ) | |

INFORMATION

The United States Attorney charges:

COUNT ONE

(Conspiracy to Steal Firearms from Federal Firearm Licensee – 18 U.S.C. §§ 371, 922(u))

1. Between on or about January 22, 2022, and January 23, 2022, in the District of New Hampshire and elsewhere, the defendant,

WILLIAM GUERRERO,

knowingly and willfully conspired and agreed with persons known and unknown to commit the offense of stealing firearms from a Federal Firearm Licensee, namely, Shooters Outpost, located in Hooksett, New Hampshire.

Object of the Conspiracy

2. It was the object of the conspiracy to steal firearms from a Federal Firearm Licensee, specifically, Shooters Outpost.

Manner and Means of the Conspiracy

3. It was part of the conspiracy that the defendant and his co-conspirators traveled to Shooters Outpost in Hooksett, New Hampshire, and attempted to break in and steal firearms.

Overt Acts

4. In furtherance of the conspiracy and to effect the object of the conspiracy, one or more of the conspirators committed at least one of the following overt acts, among others, in the District of New Hampshire:

a. On or about January 23, 2022, at approximately 5:01 a.m., William Guerrero drove three other individuals to Shooters Outpost in Hooksett, New Hampshire.

b. Some of the conspirators attempted to break into the store by smashing a window in the rear of the building.

All in violation of Title 18, United States Code, Sections 371 and 922(u).

Date: July 8, 2022

JANE E. YOUNG
United States Attorney
District of New Hampshire

By: Anna Krasinski
Anna Z. Krasinski
Assistant U.S. Attorney